PRATHER *v.* THE RICHMOND AND DANVILLE RAILROAD CO.

The first grant of a new trial on conflicting evidence will not be disturbed.

April 14, 1890.

New trial. Railroads. Before Judge VAN EPPS. City court of Atlanta. December term, 1889.

This was a suit by Peggy Prather, whose husband was killed by the railroad train at the time of the homicide of the husband of Jane Prather, whose case is reported in 80 *Ga.* 424. In the present case there was a verdict for $2,777.08 in the plaintiff's favor.

HOKE & BURTON SMITH, for plaintiff.
JOHN T. GLENN, for defendant.

BLANDFORD, Justice.

The evidence in this case was conflicting, and the court granted a new trial. This was the first new trial. This court has so frequently held that the grant of a

v 85-10

first new trial will not be disturbed, where the evidence is conflicting, that there is no necessity to cite cases in support of this rule. Every case must be tried by the court according to the law as applicable to the facts of that particular case, and in no other case. The judgment of the court below is                                    *Affirmed.*